**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TERRENCE HOWARD, | : | Case No. 25-12010 (AMC) |
| Debtor. | : | |

**ORDER APPROVING STIPULATION**
**FOR TURNOVER AND ADEQUATE PROTECTION**

**AND NOW**, on this _____ day of ___, 2025, upon consideration of the June 2, 2025 Stipulation Resolving Turnover of Vehicle and Request of Police and fire Federal Credit Union for Adequate Protection (the "Stipulation"), **IT IS HEREBY ORDERED** that the Stipulation is APPROVED on the terms set forth therein;

Dated: _____ _, 2025

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

#125040806v1