IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TERRENCE HOWARD, | : | Case No. 25-12010 (AMC) |
| Debtor. | : | |

ORDER APPROVING STIPULATION
FOR TURNOVER AND ADEQUATE PROTECTION

**AND NOW**, on this  13th  day of June, 2025, upon consideration of the June 2, 2025 Stipulation Resolving Turnover of Vehicle and Request of Police and fire Federal Credit Union for Adequate Protection (the "Stipulation"), **IT IS HEREBY ORDERED** that the Stipulation is APPROVED on the terms set forth therein;

Dated:  June 13, 2025

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

#125040806v1