# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Terrence Lynn Howard,<br><br>                           Debtor. | Case No. 25-12010-AMC<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on October 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Nationstar Mortgage, LLC**
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741
Method of Service: CM/ECF

**Police & Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020
Method of Service: CM/ECF

**Capital One Auto Finance**
c/o AIS Portfolio Services, LLC
Account: XXXXXXXXX7830
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail

**U.S. Dept. of Housing and Urban Development**
801 Market Street, 12th Floor
Philadelphia, PA 19107
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Litigation & Collections Unit
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1595
Method of Service: First Class Mail