United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12010-amc |
| Terrence L. Howard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Terrence L. Howard, 7127 Guyer Ave, Philadelphia, PA 19153-2405 |
| 15010538 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15010542 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15010549 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15010520 | + | Email/Text: jvalencia@amhfcu.org | Dec 11 2025 00:36:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15010521 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 11 2025 00:36:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15059301 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15010523 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15010522 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15011872 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2025 00:43:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15015009 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15010524 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15010525 | ^ | MEBN | Dec 11 2025 00:31:09 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15010526 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2025 00:43:44 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15010527 | | Email/Text: BNSFN@capitalsvcs.com | Dec 11 2025 00:36:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15010528 | + | Email/Text: famc-bk@1stassociates.com | Dec 11 2025 00:36:00 | Firstacces, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15010529 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 11 2025 00:43:43 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15010530 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 11 2025 00:36:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15010531 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15030302 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 00:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15010532 | | Email/Text: bk@lendmarkfinancial.com | Dec 11 2025 00:36:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15011097 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15010533 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:45 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15013170 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 11 2025 00:36:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce LLP, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15010535 | | Email/Text: ml-ebn@missionlane.com | Dec 11 2025 00:36:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15010534 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2025 00:36:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 15010536 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2025 00:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15026849 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2025 00:36:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 15010537 | | Email/PDF: cbp@omf.com | Dec 11 2025 00:43:48 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15010541 | | Email/Text: CollectionsDept@PFCU.COM | Dec 11 2025 00:36:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15034240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15010539 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15010540 | ^ | MEBN | Dec 11 2025 00:31:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15010543 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15010544 | + | Email/Text: bankruptcy1@pffcu.org | Dec 11 2025 00:36:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15017074 | + | Email/Text: bankruptcy1@pffcu.org | Dec 11 2025 00:36:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15010545 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 00:36:00 | Premier Bankcard, LLC, c/o Jefferson Capital Systems, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15010546 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012780 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15031410 | | Email/Text: bankruptcy@mtabt.org | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 47 |

| | | Dec 11 2025 00:36:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
|---|---|---|---|
| 15010547 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15010550 | Email/Text: bknotice@upgrade.com | Dec 11 2025 00:36:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15011217 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 11 2025 00:43:48 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15010548 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 11 2025 00:43:48 | U.S. Department of Housing and Urban Development, Attn: Bankruptcy, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 15030110 | + Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:44 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15010551 | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:54 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15010552 | + Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

**Name**          **Email Address**

ANNE M. AARONSON
on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Terrence L. Howard help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 47 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Terrence L. Howard  )  Case No. 25−12010−amc
)
)
   Debtor(s).  )  Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 9, 2025                                          For The Court

                                                                                    Ashely M. Chan
                                                                                    Chief Judge, United States Bankruptcy Court