UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>TERRENCE L. HOWARD<br><br>Debtor(s)<br><br>ROCKET MORTGAGE, LLC S/B/M NATIONSTAR<br>Movant<br>V.<br>TERRENCE L. HOWARD<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br><br><br>Respondent(s) | Chapter 13<br><br>Case Number: 25-12010-amc |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
### WITH RESPECT TO PROPERTY:
### 7127 Guyer Ave, Philadelphia, PA 19153-2405

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, through its Counsel, McCalla Raymer Leibert Pierce, LLP, respectfully requests the Court grant its Motion for Relief and and in support thereof respectfully represents as follows:

1. Movant is Rocket Mortgage, LLC s/b/m Nationstar (hereafter referred to as "Movant").

2. Terrence Howard ("Debtor") is, upon information and belief, an adult individual who is the owner of the property located 7127 Guyer Ave, Philadelphia, PA 19153-2405

3. On November 30, 2020, Debtor, executed and delivered a Note in the principal sum of $132,554.00 to New BANK OF AMERICA, N.A. A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Note, Debtor, executed and delivered a Mortgage to Mortgage Electronic Registration Systems, Inc., solely as nominee for BANK OF AMERICA, N.A. The Mortgage was duly recorded in the Office of the Clerk of Judicial Records in and for the County of Philadelphia, PA on December 16, 2020 as Instrument 53764942. A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Mortgage encumbers Debtor's real property located at 7127 Guyer Ave, Philadelphia, PA 19153-2405

6. By assignment of mortgage, the loan was ultimately assigned to Nationstar Mortgage, LLC. A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. Debtor(s) filed the instant Chapter 13 Bankruptcy on May 21, 2025, and, as a result, any state court proceedings were stayed.

8. Debtor's mortgage loan is in default and is currently due for December 1, 2025, payment and each subsequent payment through the date of the motion. Debtor has failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

Monthly Payments in Default....................... 12/1/25-01/01/26

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 12/1/2025-1/1/2026 | $1,047.42 | 2 | $2,094.84 |

Suspense Balance:....................... ($669.48)

Total Amounts Due as of :01/30/2026     $1,425.36

9. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

10. As of January 30,2026, the Unpaid Principal Balance of the loan is $121,437.30. The total debt of the loan is $129,978.18.

11. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

12. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

13. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)

14. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

15. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant will incur legal fees and costs. Attorney fees and court filing costs not to exceed $1,549.00 will be incurred for representation in this matter. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

WHEREFORE, Movant, Rocket Mortgage, LLC s/b/m Nationstar, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(4).

Respectfully Submitted:

McCalla Raymer Leibert Pierce, LLP

*By: /s/ Mark Cronin*
Mark Cronin
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone: 215-402-6989
mark.cronin@mccalla.com

Date: 02/24/2026