**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In Re:<br>    TERRENCE L. HOWARD<br><br>          Debtor(s)<br><br>ROCKET MORTGAGE, LLC S/B/M NATIONSTAR<br>          Movant<br>V.<br>TERRENCE L. HOWARD<br>          Debtor(s)<br><br>    KENNETH E. WEST<br>          Trustee | | Chapter 13<br><br><br>Case Number: 25-12010-amc |

# ORDER

AND NOW, this _____ day of _____, 2026, upon the motion of (ROCKET MORTGAGE, LLC S/B/M NATIONSTAR), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, (ROCKET MORTGAGE, LLC S/B/M NATIONSTAR) (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 7127 Guyer Ave, Philadelphia, PA 19153-2405

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE