**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** **TERRENCE L. Howard** | **CHAPTER:    13** |
| Debtor(s) | **CASE NO.    25-12010-amc** |

**POST-PETITION PAYMENT HISTORY**
**NOTE AND MORTGAGE DATED November 30, 2020.**

Recorded on December 16, 2020 in Philadelphia County, as Instrument 53764942

Property Address:
7127 Guyer Ave, Philadelphia, PA 19153-2405.

Mortgage Servicer:
Rocket Mortgage, LLC s/b/m Nationstar

Post-petition mailing address for Debtor(s) to send payment:
 NATIONSTAR MORTGAGE
 LLC
 PO BOX 619094
 DALLAS, TX 75261-9741

Mortgagor(s)/Debtor(s):
Terrence  Howard / Terrence L. Howard
Payments are contractually due:

Monthly ☒Semi-monthly    ☐ Bi-weekly    ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....        $**567.83**
R.E. Taxes......................        _____
Insurance.......................        _____
Late Charge...................        _____
Other..............................        **$479.59**    (Specify: **Escrow**)
**TOTAL**........................        **$1,047.42**

**POST-PETITION    PAYMENTS    **(Petition    was    filed    on    05/21/2025)

SEE HISTORY ATTACHED AS EXHIBIT D

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 06/27/2025 | $986.00 | | $0.00 | $986.00 |
| 06/30/2025 | $65.00 | 06/01/25 | $1,047.42 | $3.58 |
| 08/01/2025 | $949.00 | | $0.00 | $952.58 |
| 08/03/2025 | $100.00 | 07/01/25 | $1,047.42 | $5.16 |
| 09/12/2025 | $770.00 | | $0.00 | $775.16 |
| 09/15/2025 | $295.00 | 08/01/25 | $1,047.42 | $22.74 |
| 10/15/2025 | $465.00 | | $0.00 | $487.74 |
| 10/28/2025 | $601.00 | 09/01/25 | $1,047.42 | $41.32 |
| 11/18/2025 | $530.00 | | $0.00 | $571.32 |
| 11/23/2025 | $531.00 | 10/01/25 | $1,047.42 | $54.90 |
| 12/16/2025 | $601.00 | | $0.00 | $655.90 |
| 01/29/2026 | $1,061.00 | 11/01/25 | $1,047.42 | $669.48 |
| | | | | $669.48 |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: **Two (2)** as of **January 30, 2026**.

TOTAL AMOUNT OF POST-PETITION ARREARS: **$1,425.36** as of **January 30, 2026**. (includes suspense balance of $669.48)

Dated: 02/20/2026

Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC
(Mortgage Company)

Annie Murchison  Assistant Secretary
(Print Name and Title)