# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　　TERRENCE L. HOWARD<br><br>　　　　　Debtor(s)<br><br>ROCKET MORTGAGE, LLC S/B/M<br>NATIONSTAR<br>　　　　　Movant<br>V.<br>　　　TERRENCE L. HOWARD<br>　　　　　Debtor(s)<br><br>　　KENNETH E. WEST<br>　　　　　Trustee | Chapter 13<br><br>Case Number: 25-12010-amc |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362 , together with Order, Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

**Terrence L. Howard**
7127 Guyer Ave
Philadelphia, PA 19153-2405
Debtor


**CHARLES LAPUTKA**
**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Attorney for Debtor

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
mailto:ecfemails@ph13trustee.com
Chapter13 Trustee

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
mailto:USTPRegion03.PH.ECF@usdoj.gov
U.S. Trustee


Lienholders
U.S. Department of Housing and Urban Development
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617


02/24/2026                                                      *By: /s/ Mark  Cronin*
                                                                Mark  Cronin
                                                                mark.cronin@mccalla.com