**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re: | Chapter: 13 |
|---|---|
| Terrence L. Howard | Bankruptcy Case: 25-12010-amc |
| | Judge: Ashely M. Chan |
| Debtor(s) | |
| Rocket Mortgage, LLC s/b/m Nationstar Movant v. | |
| Terrence L. Howard. Debtor(s) Kenneth E. West Trustee Respondent(s) | |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, through its Counsel, McCalla Raymer Leibert Pierce, LLP, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

Date: July 31, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge