United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-12010-amc

Terrence L. Howard Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Terrence L. Howard, 7127 Guyer Ave, Philadelphia, PA 19153-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC s/b/m Nationstar denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC s/b/m Nationstar philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Terrence L. Howard help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    Terrence L. Howard<br><br><br><br>    Debtor(s)<br><br><br>    Rocket Mortgage, LLC s/b/m Nationstar<br>    Movant<br>    v.<br><br>    Terrence L. Howard.<br>    Debtor(s)<br>    Kenneth E. West<br>    Trustee<br><br>    Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-12010-amc<br><br>Judge: Ashely M. Chan |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, through its Counsel, McCalla Raymer Leibert Pierce, LLP, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

Date: July 31, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge